```
                                        U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LOUISIANA

                                        FILED MAR 14 2000

                                        LORETTA G. WHYTE
                                              CLERK
```

CALL DOCKET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IT IS ORDERED that the following cases will be called on Wednesday, April 26, 2000, at 10:00 a.m., before Judge Martin Feldman. Failure of counsel to report the status thereof or in the absence of good cause shown why the case should remain on the docket it will be **DISMISSED**.

99-3021 Douglas Bell    vs.   Dyn Marine Services, et al.
    atty: John Munoz
ORDERED
00-4    Algiers Homestead    vs. Paramount Software Association
    atty: Mark Mercante
ORDERED
00-182  USA    vs.    Yvette Franklin
    atty: Eneid Francis
ORDERED
00-202  USA    vs.    David Wemphen
    atty: Eneid Francis
ORDERED
00-225 Scottsdale Insruance Co.    Vs. Scott Jones, et al.
    atty: Mark Ross
ORDERED
00-305 Boston Old Colony Insurance vs. Bean Horizon Corp.
    atty: Scott Wheaton
ORDERED
00-392 Mae Etta McDonald vs. Cosco Shipping, et al.
    atty: Glenn Leiberman
ORDERED

                                         Steve Hill,  Section "F"

```
Fee
Process
X Dktd
  CtRmDep
Doc.No. 3
```