```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                    2002 FEB 13  PM 12:48

                                      LORETTA G. WHYTE
                                           CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**FEBRUARY 13, 2002**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| versus | NO. 00-0182 |
| YVETTE L. FRANKLIN | SECTION: "F" (5) |

**MOTION AND ORDER TO EXAMINE JUDGMENT DEBTOR**

**APPEARANCE(S):** Via Telephone - Roseanne Alford, Debt Collection Agent, U. S. Attorney's Office

The Court was notified this date that the judgment debtor, Ms. Yvette L. Franklin, has **SATISFIED** the motion to examine judgment debtor prior to the scheduled examination.

Accordingly, the hearing set for February 13, 2002, is **CANCELLED** and the motion is deemed **SATISFIED**.

LOUIS MOORE, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
FEB 1 3 2002

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.__12__