

```
         FILED
     U.S. DISTRICT COURT
   EASTERN DISTRICT OF LA

     2004 AUG 26 PM 12:08

      LORETTA G. WHYTE
           CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**August 25, 2004**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0182** |
| **YVETTE L. FRANKLIN** | * | **SECTION: "F"(5)** |

### HEARING ON MOTIONS

APPEARANCE(S):   Ms. Eneid A. Francis, Assistant United States Attorney for the Government

Yvette L. Franklin, In Proper Person

MOTION(S):

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDER

The judgment debtor was sworn before the court. Thereafter, Ms. Franklin was ordered to appear before the Assistant U.S. Attorney or members of her staff to conduct the judgment debtor examination. Subsequently, Ms. Veronica Osby, Debt Collection Agent from the U. S. Attorney's Office informed the court that the judgment debtor examination has been **SATISFIED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
AUG 3 0 2004

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No. 15